IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALLEN LEE PETERSON, | ) | 1:06-CV-0506 OWW LJO HC |
|---|---|---|
| Petitioner, | ) ) | SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN |
| vs. | ) ) | FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT |
| W. J. SULLIVAN, | ) | STATEMENT **OR** PAY FILING FEE |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 12, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On May 23, 2006, petitioner submitted an application to proceed in forma pauperis. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, the copy of petitioner's prison trust account statement was not certified and did not include the entire six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit an application to include the required original signature by an authorized officer of the institution of incarceration and a certified copy of his trust account statement, **or** to pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:  May 30, 2006**                    **/s/ Lawrence J. O'Neill**
23ehd0                                                                    UNITED STATES MAGISTRATE JUDGE