1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALLEN LEE PETERSON,                )        1:06-CV-0506-OWW-LJO-P
                                        )
12                                      )        THIRD ORDER TO SUBMIT NEW
           Petitioner,                  )        APPLICATION TO PROCEED IN
13                                      )        FORMA PAUPERIS AND CERTIFIED
           vs.                          )        COPY OF TRUST ACCOUNT
14                                      )        STATEMENT **OR** PAY FILING FEE
     W. J. SULLIVAN, Warden,            )
15                                      )
                                        )
16         Respondent.                  )
                                        )
17   _____)

18         Petitioner is a state prisoner proceeding pro se in an application for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.   On May 12, 2006,  the court ordered petitioner to

20   submit an application to proceed in forma pauperis or pay the $5.00 filing fee.  On May 23, 2006,

21   petitioner submitted an application to proceed in forma pauperis.  However, petitioner's

22   application to proceed in forma pauperis did not include the required original signature by an

23   authorized officer of the institution of incarceration.  Additionally, petitioner has not submitted a

24   certified copy of his prison trust account statement for the six month period immediately

25   preceding the filing of the complaint.  See 28 U.S.C. § 1915.

26

                                            1

1    On May 30, 2006, petitioner was given a second opportunity to submit an application to

2  proceed in forma pauperis or pay the $5.00 filing fee.  On June 26, 2006, Petitioner advised the

3  court he has had difficulty obtaining the requested documentation.  Petitioner will be provided

4  one additional opportunity to comply with the court's order to submit a new application to

5  proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $5.00

6  filing fee.

7    It is ultimately petitioner's responsibility to comply with the court's order by following

8  institutional procedures or otherwise assuring that the court receives the required documents or

9  the filing fee.  Petitioner is directed to provide a copy of this order to the prison trust office.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.  The Clerk's Office shall send to plaintiff the form for application to proceed in

12  forma pauperis, and two copies of this order.  Petitioner is to provide one copy to the prison trust

13  office.

14    2.  Within thirty days of the date of service of this order, petitioner shall submit a

15  completed application to proceed in forma pauperis and an original certified copy of his prison

16  trust account statement for the six month period immediately preceding the filing of the

17  complaint, or in the alternative, pay the $5.00 filing fee for this action.

18    Failure to comply with this order will result in a recommendation that this action be

19  dismissed.

20  IT IS SO ORDERED.

21  **Dated:    July 10, 2006**              _____/s/ Lawrence J. O'Neill_____
    23ehd0                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

2