UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN LEE PETERSON, | ) | 1:06-CV-00506 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND RECOMMENDATION |
| | ) | |
| v. | ) | [Doc. #16] |
| | ) | |
| W. J. SULLIVAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se. Petitioner has filed a petition entitled "Petition for Writ of Mandate/Prohibition."

On January 18, 2007, the Court issued Findings and Recommendation which recommended dismissal of the action. However, the case has already been closed.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation of January 18, 2007, is VACATED.

IT IS SO ORDERED.

**Dated:     January 25, 2007**            /s/ Lawrence J. O'Neill
23ehd0                                                  UNITED STATES MAGISTRATE JUDGE